**COZEN O'CONNOR**
Valerie D. Rojas
*vrojas@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, California 90017
Telephone: (213) 892-7965
Facsimile: (213) 784-9076

Attorney for Defendant SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY GROSS, individually and derivatively on behalf of FLORA BIOSCIENCE, INC. a Delaware corporation,<br>Plaintiff,<br>v.<br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation, and DOES 1 through 10, inclusive<br>Defendants,<br>and<br>FLORA BIOSCIENCE, INC., a Delaware corporation.<br>Nominal Defendant. | Case No. 5:24-cv-02069-EJD<br>[State Court Case No. 23CV427755]<br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT SCOTTSDALE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br>[*Filed Concurrently with Motion for Summary Judgment; Statement of Undisputed Facts and Conclusions of Law; Request for Judicial Notice; Declaration of Valerie D. Rojas; Declaration of Michael Zartman; and Proposed Judgment*]<br>**DATE: NOVEMBER 20, 2025**<br>**TIME: 9:00 A.M.**<br>**COURTROOM: 4** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Scottsdale Insurance Company ("Scottsdale") submits this Appendix of Exhibits in support of its motion for summary judgment, or in the alternative, partial summary judgment.

**Exhibit A** - Business and Management Indemnity Policy ("Policy"), No. EKS3258368 issued by Scottsdale to Flora for the "Policy Period" of June 12, 2018 to June 12, 2019.

**Exhibit B -** Gross's Demand Letter to Flora.

**Exhibit C** - Flora's December 20, 2018, Letter to Scottsdale.

**Exhibit D** - Scottsdale's March 15, 2019 Letter to Verges.

**Exhibit E** – Portions of the deposition transcript of Plaintiff Terry Gross ("Gross") taken in this action.

**Exhibit F** –May 16, 2019 email from Flora director Scott Verges' ("Verges") to Gross.

**Exhibit G** - May 21, 2019 email from Verges to Gross.

**Exhibit H** - May 21-22, 2019 email exchange between Verges, Gross and Aaron Klaas, Scottsdale's claim attorney.

**Exhibit I** - Email exchange dated May 23, 2019, between Flora's board member, Scott Verges, and Aaron Klaas, a claim attorney for Scottsdale.

**Exhibit J** – Complaint filed in *Terry Gross v. John P. Alderete, et al.*, Case No. RG20062143, Superior Court of the State of California, Alameda County.

**Exhibit K** – Second Amended Complaint filed in *Terry Gross v. John P. Alderete, et al.*, Case No. 21-CV-376485, Superior Court of the State of California, County of Santa Clara.

**Exhibit L** - Gross's Opposition to Motion to Post Bond, 2:4-5, in *Terry Gross v. John P. Alderete, et al.*, Case No. 21-CV-376485, Superior Court of the State of California,

County of Santa Clara.

**Exhibit M** - Settlement Agreement between Gross, and Stoll and Robbins.

**Exhibit N** - Declaration of James Quadra filed in *Terry Gross v. John P. Alderete, et al.*, Case No. 21-CV-376485, Superior Court of the State of California, County of Santa Clara.

**Exhibit O** - Gross's Memorandum of Points and Authorities in Support of Motion to Approve Settlement, at 4:20–23 in *Terry Gross v. John P. Alderete, et al.*, Case No. 21-CV-376485, Superior Court of the State of California, County of Santa Clara.

**Exhibit P** - Letter from Scottsdale to Gross dated August 2, 2019.

**Exhibit Q** - Letter from Scottsdale's coverage counsel, Bailey Cavalieri, to counsel for Robbins and Stoll dated December 16, 2020.

**Exhibit R** - Email exchange dated May 18, 2021, between Flora's board member, Scott Verges, and Aaron Klaas, a claim attorney for Scottsdale.

**Exhibit S** – Gross's Responses to Scottsdale's Interrogatories.

**Exhibit T** – Portions of Deposition of Michael Zartman, Scottsdale's 30(b)(6) witness.

Executed on this 9th day of October, 2025, at Los Angeles, California.

/s/*Valerie D. Rojas*
Valerie D. Rojas